# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-14-00236-CR

**Kevin Todd Hardin, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BURNET COUNTY, 424TH JUDICIAL DISTRICT
### NO. 41725, HONORABLE DANIEL H. MILLS, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was due on October 3, 2014. Counsel for appellant has now filed a motion for extension of time requesting an additional 92 days to file appellant's brief. We grant the motion for extension of time and order appellant to file a brief no later than January 5, 2015. No further extension of time will be granted and failure to comply with this order will result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

It is so ordered this 8th day of October, 2014.

Before Justices Puryear, Pemberton, and Field